IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>v.<br><br>Joshua Warren,<br><br>          Defendant. | No. CR-24-05213-001-TUC-SHR(MAA)<br><br>**Order Adopting**<br>**Report & Recommendation** |

Pending before the Court is a Report and Recommendation ("R&R") (Doc. 55) issued by United States Magistrate Judge Michael A. Ambri recommending the Court deny Defendant's Motion to Dismiss the Indictment (Doc. 25). Defendant "objects to the R&R to preserve [an appellate] issue as the United States Supreme Court has not addressed whether, post-*Bruen*, the prohibition against a non-violent felon possessing a firearm violates the Second and Fifth Amendment of the United States Constitution." (Doc. 57 at 3.) Defendant's objection does not otherwise indicate Judge Ambri's analysis was fundamentally flawed.

Because this Court has no authority to disregard the Ninth Circuit's opinion in *United States v. Duarte*, 137 F.4th 743 (9th Cir. 2025) (en banc), upon a de novo review, the Court overrules Defendant's Objection. *See* 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). *Duarte* specifically forecloses this exact constitutional attack to 18 U.S.C. § 922(g)(1) as applied to

nonviolent felons. 137 F.4th at 749, 761–62. As such, the Court will adopt the R&R and deny Defendant's Motion to Dismiss.

Accordingly,

**IT IS ORDERED** the Report & Recommendation (Doc. 55) is **ADOPTED**.

**IT IS FURTHER ORDERED** Defendant's Motion to Dismiss (Doc. 25) is **DENIED**.

Dated this 14th day of August, 2025.

Honorable Scott H. Rash
United States District Judge